

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BARBARA M. BUSH,

    Plaintiff,

v.                                                                        Civil Action No. **3:07CV710**

**CAPTAIN TURNER,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on November 20, 2007, this Court conditionally docketed Plaintiff's action. The November 20, 2007 Memorandum Order was twice returned to the Court by the United States Postal Service marked, "Return to Sender" and "Gone." Plaintiff's failure to keep the Court apprised of her current address indicates her lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    It is so ORDERED.

Date: **JAN 0 3 2008**
Richmond, Virginia

                          /s/
             Richard L. Williams
             United States District Judge